IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>vs.<br><br>TYRONE HAMPTON,<br><br>                          Defendant. | Case No. 3:22-cr-00084-JMK<br><br>**ORDER ADOPTING REPORTS AND RECOMMENDATIONS** |

       Before the Court are Mr. Hampton's Motions to (1) Suppress at Docket 208, (2) Dismiss at Docket 214, and Dismiss at Docket 266. Mr. Hampton is a self-represented defendant. The motions were collectively referred to the Honorable Magistrate Judge Matthew M. Scoble.

       The Government responded in opposition to Mr. Hampton's Motion to Suppress at Docket 213. Judge Scoble issued his Final Report and Recommendation at Docket 254, in which he recommended that the motion be denied. Mr. Hampton filed an objection the Final Report and Recommendation at Docket 265.

       The Government responded in opposition to Mr. Hampton's Docket 214 Motion to Dismiss at Docket 220. Judge Scoble issued his Final Report and

Recommendation at Docket 256, in which he recommended that the motion be denied. No objections were filed.

The Government responded in opposition to Mr. Hampton's Docket 266 Motion to Dismiss at Docket 273. Judge Scoble issued his Final Report and Recommendation at Docket 278, in which he recommended that the motion be denied. No objections were filed.

These matters are now before this Court pursuant to 28 U.S.C. § 636(b)(1). That statute provides that a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."[1] A court is to "make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made."[2] But as to those topics on which no objections are filed, "[n]either the Constitution nor [28 U.S.C. § 636(b)(1)] requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct."[3]

Mr. Hampton objects to the Final Report and Recommendation at Docket 254 addressing the Motion to Suppress on factual grounds. Mr. Hampton asserts that the Final Report and Recommendation misstates the factual background as to the two intercepted packages and the related search warrants.[4] The Court has reviewed all the

---

[1] 28 U.S.C. § 636(b)(1)(C).
[2] *Id.*
[3] *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").
[4] Docket 266 at 1–5.

*United States v. Hampton*  Case No. 3:22-cr-00084-JMK
Order Adopting Reports and Recommendations  Page 2
Case 3:22-cr-00084-JMK-MMS   Document 286   Filed 09/22/23   Page 2 of 3

exhibits provided with the Motion to Suppress, the Government's Opposition, the Final Report and Recommendation, and the Objection. The Court does not find either legal or factual error.[5] Accordingly, the Court **ADOPTS** the Final Report and Recommendation at Docket 254, and the Motion to Suppress at Docket 208 is **DENIED**.

Final Reports and Recommendations at Dockets 256 and 278 recommended that the Motions to Dismiss at Dockets 214 and 266 be DENIED. No objections were filed. Regardless, the Court conducted de novo review and did not find error. Accordingly, the Court **ADOPTS** the Final Reports and Recommendations at Docket 256 and 278, and the Motions to Dismiss at Dockets 214 and 266 are **DENIED.**

IT IS SO ORDERED this 22nd day of September, 2023, at Anchorage, Alaska.

*/s/ Joshua M. Kindred*
JOSHUA M. KINDRED
United States District Judge

---

[5] *United States v. Ramos*, 65 F.4th 427, 434 (9th Cir. 2023) (articulating that "the district court ha[s] no obligation to provide individualized analysis of each objection.").

*United States v. Hampton*  Case No. 3:22-cr-00084-JMK
Order Adopting Reports and Recommendations  Page 3
Case 3:22-cr-00084-JMK-MMS   Document 286   Filed 09/22/23   Page 3 of 3